Congregation Biker Cholem Linas Halalu, Appellant, v. First Chirower Congregation, Defendant, Impleaded with Congregation Biker Cholem Linas Halalu Erster Chirower, Respondent.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Julia Diefendorf, Respondent, Appellant, v. Albert O. Fenn and Others, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Milton J. Gordon, Respondent, v. Louis Shapiro, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Walter J. Ennisson for Admission to the Bar.— Application granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

John J. Pardee, Respondent, v. H. Howard Douglas and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Henry H. Petze, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion granted, without costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Louis Smadbeck, Respondent, v. City of Mount Vernon, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

The United States of America, Respondent, v. John G. Pavek, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Nathan Wexler and Others, Appellants, v. Abraham M. Merowitz and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Laura M. Fuller, Respondent, v. Franklin Bien, Appellant.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Charles H. Israels and Julius F. Harder, etc., Appellants, v. Ranald H. Macdonald, as Survivor, etc., Respondent.— Motion granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of Frank M. Fogg for Admission to the Bar. — Application granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

John Krouse, Appellant, v. L. I. Storage Warehouses and Others, Respondents. — Motion denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

William Lasker, an Infant, etc., Respondent, v. Solomon Gonsky, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

L. Aloysius Nelligan, as Receiver, etc., Plaintiff, v. Peter Groth, Appellant. Rudolph Liebman, Respondent.— Motion granted. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Giuseppe B. Rini, Appellant, v. Enrico V. Pescia, Respondent.— Motion dismissed. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.